**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1203**

---

In re: CATHERINE DENISE RANDOLPH,

      Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:15-mc-00369)

---

Submitted:  July 25, 2023                              Decided:  July 27, 2023

---

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Catherine Denise Randolph, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Catherine Denise Randolph appeals the district court's order returning her pleadings because the pleadings did not comply with the prefiling injunction or state a plausible cause of action. We have reviewed the record and find no reversible error. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*